| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | U.S. BANKRUPTCY COURT FILED NEWARK, NJ |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | 13 OCT -4 PM 12:32 |
| MLK JR Federal Building 50 Walnut Street Newark, NJ 07102 | JAMES J. WALDRON MG BY: DEPUTY CLERK |
| In Re: Leonor Ortiz 521 Tenafly Rd. Englewood, NJ 07631 | Case No.: 13-24151-DHS Judge: Donald H. Steckroth Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed

   by __NVE BANK__, creditor,

   A hearing has been scheduled for __OCTOBER 9TH__, at __11:00 A__. m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

❏ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

I FILED BANKRUPCY CHAPTER 13 AS EMERGENCY BASIS FOR A LOAN RESTRUCTURATION BY THE CREDENCE LAW GROUP.

❏ Other (**explain your answer**):

I WOULD LIKE TO ASK PEMISION TO PAY MY REGULAR MORTGAGE PAYMENTS OF $2,772.97 STARTING NOVEMBER 1, 2013 UNTIL THE CREDENCE LAW GROUP LOAN MODIFICATION IS ACCEPTED BY NVE BANK.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 10-04-2013        _____
                        Debtor's Signature

Date: _____   _____
                        Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*